**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY OF NEW YORK, MAYOR AND CITY COUNCIL OF BALTIMORE, CITY AND COUNTY OF DENVER, CITY OF MINNEAPOLIS, CITY OF NEW HAVEN, CITY OF SAINT PAUL, and RAMSEY COUNTY, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and KAREN S. EVANS, in her official capacity as Acting FEMA Administrator, <br><br> Defendants-Appellants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Appeal from the United States District Court, Northern District of Illinois, Eastern Division <br><br> No. 25-cv-12765 <br><br> The Honorable, Manish S. Shah, Judge Presiding. |

**APPEARANCE**

I hereby enter my appearance as **counsel of record** for plaintiff-appellee CITY OF CHICAGO in the above-entitled case.

Respectfully submitted,

MARY B. RICHARDSON-LOWRY
Corporation Counsel
 of the City of Chicago

By:   s/ELIZABETH MARY TISHER
**ELIZABETH MARY TISHER**
Assistant Corporation Counsel

**SUZANNE M. LOOSE**
Chief Assistant Corporation Counsel
2 North LaSalle Street, Suite 580
Chicago, Illinois 60602
Direct: (312) 744-3173
Elizabeth.Tisher@cityofchicago.org

**CERTIFICATE OF SERVICE**

The foregoing APPEARANCE has been electronically filed on February 6, 2026. I certify that I have caused the foregoing APPEARANCE to be served on all counsel of record via CM/ECF electronic notice on February 6, 2026.

s/ ELIZABETH MARY TISHER
**ELIZABETH MARY TISHER**