# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | Office of the Clerk |
| United States Courthouse | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | |

**ORDER**

February 17, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1103 | CITY OF CHICAGO, et al., <br>     Plaintiffs - Appellees <br><br> v. <br><br> KRISTI NOEM, et al., <br>     Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-12765 <br> Northern District of Illinois, Eastern Division <br> District Judge Manish S. Shah ||

Upon consideration of the **MOTION TO HOLD PROCEEDINGS IN ABEYANCE**, filed on February 5, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion to suspend briefing in this appeal pending a decision in *Chicago Women in Trades v. Trump*, No. 25-2144 (7th Cir.), is **GRANTED**. The parties are directed to file position statements within 14 days of a decision in that case.

form name: **c7_Order_BTC**  (form ID: **178**)